| | | | |
|---|---|---|---|
| | AUSA: Diane Princ | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Kevin Starrs | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Renado Gary COLEMAN

Case No. 23-mj-30434

## Amended
### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 23, 2023__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1073 | Interstate flight to avoid prosecution |

*Amended to indictate correct code section number only

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Kevin Starrs - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 27, 2023

_____
Judge's signature

City and state: Detroit, Michigan

Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Special Agent Kevin J Starrs Jr. with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I am employed as a Special Agent with the FBI and have been since June of 2021. I am currently assigned to the Macomb County resident agency of the Detroit Division for the FBI. I am assigned to the Macomb County Gang/Violent Crimes Task Force, an FBI task force comprised of multiple agencies, including the Macomb County Sheriff's Office, the Sterling Heights Police Department, the Roseville Police Department, the Clinton Township Police Department, the Michigan State Police, and the U.S Border Patrol. I have conducted investigations of violations of federal law, including violent crimes and bank robbery. I have also participated in numerous arrests and search warrants related to gang and violent crime investigations. As a federal agent, I am authorized to investigate violations of laws of the United States and execute warrants issued under the authority of the United States.

2. I make this affidavit from personal knowledge based on my participation in this investigation, from information learned from other federal, state, and local law enforcement personnel, and from information gained through my training and experience.

3. I submit this affidavit in support of complaint and arrest warrant for Renado Gary COLEMAN, date of birth XX/XX/1985. I submit this affidavit for the limited purpose of establishing probable cause and therefore it does not include all of the information known to law enforcement related to this investigation.

4. On October 25, 2023, the Office of the Prosecuting Attorney, Macomb County, Mount Clemens, Michigan, issued an arrest warrant for COLEMAN charging him with count 1: Carjacking, Count 2: Carjacking – conspiracy, Count 3: Felony Firearm, County 4: Armed Robbery, Count 5, Armed Robbery – conspiracy, Count 6: Felony Firearm, Count 7: Torture, Count 8: Unlawful Imprisonment, all felonies under the laws in the State of Michigan. Therefore, COLEMAN currently has valid felony warrants out of the state of Michigan.

5. Based on the facts set forth in this Affidavit, probable cause exists that COLEMAN traveled from Michigan to another state with

the intent to avoid prosecution for the aforementioned charges, in violation of 18 U.S.C. § 1073 (interstate flight to avoid prosecution).

## II.     PROBABLE CAUSE

A.     <u>Lifetime Fitness Shelby Township Michigan Abduction</u>

6.     On October 23, 2023, at approximately 7:15 PM, Shelby Township Police Officer Briggs was on a traffic stop in the area of Lakeside Blvd and Beacon Drive in Shelby Township, Michigan, when he was approached by L.S. L.S. informed officers that her son, G.P. ("victim G.P.") Victim G.P. had been taken from the Lifetime Fitness gym in Shelby Township in the Eastern District of Michigan.

7.     More specifically, L.S. told Officers that she received a phone call from her son's friend, A.N., who told her he believed Victim G.P. had just been abducted. A.N. reported that he on the phone with Victim G.P. when he heard what he believed was someone grabbing Victim G.P., then someone say, "tie him up," before the phone call ended.

8.     L.S. further reported to police that Victim G.P. drives a white Dodge Ram pickup truck, and she drove to Lifetime Fitness in an attempt to locate Victim G.P. While on scene, A.N. arrived at Lifetime Fitness and told Officers before the phone call between Victim G.P. and

-3-

him ended, he heard someone ask where the money is, and "tie him up." L.S. informed Officers that Victim G.P. grows marijuana, and that she is partners with her son.

9. Officers began reviewing security camera footage for Lifetime Fitness the relevant time period, which showed Victim G.P.'s white Dodge Ram pickup truck in the parking lot. Next, security camera footage showed a dark colored GMC pickup truck arriving near Victim G.P.'s truck, and an unknown subject entering the backseat of Victim G.P.'s truck. Both trucks are then observed leaving the parking lot.

10. At approximately 9:22 PM that same day, L.S. received a notification on her phone that Victim G.P.'s truck was involved in a traffic crash on Dunham Road in Clinton Township. Clinton Township Police Officers later located Victim G.P.'s truck at that location, but it was not occupied.

11. L.S. requested that Officers respond to her residence, 4XXX5 Dove Court, Sterling Heights, where Victim G.P. lives, as she believed the subjects may have gone there. L.S. accessed her residence's security cameras which showed a dark colored GMC truck backed into the

driveway and three subjects exiting the vehicle. The subjects were observed wearing dark clothing with masks and gloves on. The subjects were moving large garbage bags that L.S. told officers contained marijuana.

12. Sterling Heights Police Officers arrived at the residence while the subjects' dark GMC pickup truck was still in the driveway, at which point the truck fled the scene. Sterling Heights Police pursued the truck until it crashed in the area of 15 Mile Road and Maple Lane. The driver of the vehicle, identified as Angel Antonio ANDUJAR-RUIZ, fled the crash on foot before being apprehended by Sterling Heights Police Officers and taken into custody. ANDUJAR-RUIZ was lodged at the Macomb County Jail.

13. Victim G.P. was located alive inside the GMC pickup with his wrists tied together, a hemorrhage to his left eye along with bruising around it, cuts on his nose and blood on his face.

D. Identification of Renado Gary COLEMAN

14. Sterling Heights Police began canvassing the area of the residence the subjects fled from, as it was reported that three unknown subjects exited the rear of the home after the GMC Pickup fled the

scene. Officer Vaccaro from the Sterling Heights Police Department was approached by an employee of the MJR Theatre who reported a suspicious male who just purchased two tickets to a movie, but was alone. The subject did not go in the theatre, instead he was sitting at the bar.

15. Officer Vaccaro approached the subject who was identified via his Florida Driver's license as Renado Gary COLEMAN. COLEMAN stated he was there to meet a female and arrived at the theatre in an Uber. Officer Vaccaro observed COLEMAN wearing a black T-shirt, black jeans and tennis shoes. COLEMAN stated he was staying at a Quality Inn in Roseville. COLEMAN was released on scene at this time.

16. Officers were then notified of descriptions of the unknown subjects obtained from the home security cameras. It was at this time that Officers recognized one of the subjects as COLEMAN, who they had just released. Officers contacted the Quality Inn in Roseville and spoke to an employee who stated someone just rented a room under the name Renado COLEMAN, room 215.

E. <u>Interview of Victim G.P.</u>

17. Detective Gamarra of the Shelby Township Police Department interviewed Victim G.P. once he was recovered. Victim G.P. stated he was at the Lifetime Fitness to play pickleball with his cousin and others on October 23, 2023. Victim G.P. stated at approximately 6:30 PM he exited the gym and walked towards his truck in the parking lot. At this time, four unknown subjects wearing ski masks forced Victim G.P. into his vehicle at gunpoint and told him if he tries to run or call for help, they would kill him.

18. The subjects then zip-tied Victim G.P.'s wrists and forced him into the backseat of his vehicle. Victim G.P. stated he tried to fight back but was pistol whipped and hit, and his head forced down to the floor of the vehicle, and one subject put a gun in his mouth asking him where his money was. Victim G.P. told the subjects that his money was at his house.

19. Victim G.P. was then taken out of his vehicle on an unknown dirt road, and placed in the dark colored GMC pickup. Victim G.P. said there were four people in the GMC truck, all had firearms, and all had ski masks on. The driver did most of the talking, making threats to kill

-7-

Victim G.P. and his family. The subjects in the vehicle pulled Victim G.P.'s pants down and held a blow torch to his genitals, singeing his pubic hair. One of the subjects then began burning Victim G.P.'s hands with the torch, threatening to shoot Victim G.P. in the head and his mother in the head.

20. Victim G.P. told the subjects that he had fifty thousand dollars at his house, at which time the subjects drove to his residence. Three of the subjects exited the vehicle while the driver remained inside. Victim G.P. noticed flashlights then approaching the vehicle as they were sitting in the driveway. At this point, the driver fled the scene resulting in the pursuit with Sterling Heights Police and traffic crash.

F. Flight to Avoid Prosecution

21. On October 24, 2023 investigating Agents received information from Spirit Airlines that COLEMAN flew from Detroit at approximately 5:00 AM on October 24, 2023 and landed in Orlando, Florida. His flight was approximately six hours after his interaction with Sterling Heights police in which he gave a false explanation for why he was at a movie theater following the carjacking of Victim G.P.

Based on my training and experience, there is probable cause to conclude that people who have committed crimes and then, quick in succession, purchased last-minute tickets for early morning flights to locations out of state are attempting to avoid arrest and prosecution for the crimes they just committed.

G.     Criminal History

21.     Criminal History inquiry for Angel Antonio ANDUJAR-RUIZ revealed the following: it should be noted that ANDUJAR-RUIZ has 41 dispositions on his CCH dating back to 2004, with his most recent offenses as follows:

- 5/27/2022 – Hillsborough County Sheriff's office, Robbery by sudden snatching, Grand theft motor vehicle, possession of weapon, fraud impersonation

- 8/8/2020 – Tampa Police Department, Cocaine possession, Marijuana possession, resisting officer, Probation violation

- 9/26/2018 – Hillsborough County Sheriff's Office, Armed burglary of a dwelling, Grand theft third degree, grand theft firearm, Drugs possess

22. Criminal History inquiry for Renado Gary COLEMAN revealed the following: it should be noted that COLEMAN has 18 dispositions on his CCH dating back to 1998, with his most recent offenses as follows:

- 12/9/2019 – Hillsborough County Sheriff's Office, Kidnapping firearm possess, Robbery home invasion firearm, carjacking firearm, aggravated battery, burglary of dwelling with assault or battery, armed burglary of dwelling
- 6/18/2018 – Hillsborough County Sheriff's office, kidnapping firearm possess
- 8/14/2007 – Hillsborough County Sheriff's office, carjacking firearm possess

### III.   CONCLUSION

23. Probable cause exists that Renado Gary COLEMAN, date of birth XX/XX/1985, moved and travelled in interstate and foreign commerce with intent to avoid prosecution and/or imprisonment for carjacking, kidnapping and weapons offenses, felonies under the laws of

the state of Michigan, in violation of 18 U.S.C. 1073, (interstate flight to avoid prosecution)

### REQUEST TO SEAL DOCUMENTS

24. Due to the ongoing nature of this investigation, I respectfully request that all documents related to this application for search warrants be sealed until further order of the Court. This investigation is of a sensitive nature, and any disclosure of the fact of this search warrant, or the facts contained in this affidavit, could jeopardize the investigation.

_____
Kevin J Starrs Jr, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: October 27, 2023